HILARY POTASHNER (Bar No. 167060)
Acting Federal Public Defender
PETER L. ARIAN (Bar No. 238029)
E Mail: Peter_Arian@fd.org
Deputy Federal Public Defender
SONAM HENDERSON (Bar No. 301996)
E mail: Sonam_Henderson@fd.org
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081
JENNIFER HOPE TURNER (Bar No. 258150)
E Mail: Jennifer_Turner@fd.org
Deputy Federal Public Defender
411 West Fourth Street, Suite 7110
Santa Ana, California 92701-4598
Telephone: (714) 338-4500
Facsimile: (714) 338-4520

Attorneys for Petitioner
NICANDRO GALAVIZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICANDRO GALAVIZ,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>THOMAS CAHILL,<br><br>　　　　Respondent. | Case No. CV-11-1352 ODW(SS)<br><br>[~~PROPOSED~~] PROTECTIVE ORDER REGARDING PRODUCTION OF ORANGE COUNTY SHERIFF RECORDS PURSUANT TO THIRD-PARTY SUBPOENA |

1  Having reviewed the STIPULATED PROTECTIVE ORDER REGARDING
2  PRODUCTION OF ORANGE COUNTY SHERIFF RECORDS PURSUANT TO
3  THIRD-PARTY SUBPOENA, and GOOD CAUSE APPEARING THERE FOR,
4  the Stipulation shall be the Order of the Court.

6  **IT IS SO ORDERED.**

9  DATED: 1/8/14                              _____
10                                             Honorable Suzanne H. Segal
                                               United States Magistrate Judge

**PROOF OF SERVICE**

I, Maurine Von Winckelmann, declare that I am a resident or employed in Orange County, California; that my business address is the Office of the Federal Public Defender, 411 West Fourth Street, Suite 7110, Santa Ana, California 92701-4598, Telephone No. (714) 338-4500; that I am over the age of eighteen years; that I am not a party to the action entitled above; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the State of California, and at whose direction I served a copy of the attached **[PROPOSED] PROTECTIVE ORDER** on the following individual(s) by placing same in a sealed envelope for collection and mailing via the United States Post Office addressed as follows:

Elizabeth Pejeau
Deputy County Counsel
333 West Santa Ana Blvd., Suite 407
Santa Ana, CA 92701
*(Via U.S. Mail)*

Daniel Rogers
Deputy Attorney General
110 West A Street, Suite 1100
San Diego, CA 92101
*(Via ECF only)*

This proof of service is executed at Santa Ana, California, on January 7, 2015.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*Maurine Von Winckelmann*
Maurine Von Winckelmann