**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICANDRO GALAVIZ,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>THOMAS CAHILL, Medical Director,<br><br>　　　　　　Respondent. | Case No. SACV 11-1352 ODW (SS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Instead, Petitioner has informed the Court that he does not object to the Report and Recommendation. (Dkt. No. 185). Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS ORDERED** that the Second Amended Petition is denied and Judgment shall be entered dismissing this action as moot.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner at his current address of record.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: November 9, 2018

OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE