**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICANDRO GALAVIZ,<br><br>        Petitioner,<br><br>  v.<br><br>THOMAS CAHILL, Medical Director,<br><br>        Respondent. | Case No. SACV 11-1352 ODW (SS)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed as moot.

DATED: November 9, 2018

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE